BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:12CR351 LJO |
|---|---|---|
| Plaintiff, | ) | STIPULATION CONTINUING STATUS CONFERENCE; ORDER |
| | ) | |
| | ) | Date: July 22, 2013 |
| v. | ) | Time: 8:30 a.m. |
| | ) | Judge: Lawrence J. O'Neill |
| Fahn Meng Lee, and | ) | |
| John Yaohinh Lee. | ) | |
| Defendants. | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference now set for June 17, 2013, may be continued to **July 22, 2013, at 8:30 a.m.**

The reason for the continuance is due to the passing of the mother of the assigned prosecutor. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial and that the delay from the continuance shall be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Dated: June 13, 2013 BENJAMIN B. WAGNER
United States Attorney

By: ___/s/_____
KAREN A. ESCOBAR
Assistant U.S. Attorney


Dated: June 13, 2013 ___/s/_____
Ann H. McGlenon
Counsel for Defendant
Fahn Meng Lee

Dated: June 13, 2013 ___/s/_____
JOHN F. GARLAND
Attorney for Defendant
John Yaohinh Lee

## **O R D E R**

The intervening period of delay shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

**Dated: June 14, 2013**   /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE